# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Bernabe Gomez-Hernandez**<br>DOB: 2001; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-07897MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about May 6, 2025, in the District of Arizona, **Bernabe Gomez-Hernandez**, knowing or in reckless disregard that certain aliens, including Wilmer Rolando Bolvito-Gonzalez, Cristian Ivan Velasquez-Ruiz, and Selvin Ronaldo Tista-Piox, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about May 6, 2025, in the District of Arizona, **Bernabe Gomez-Hernandez**, knowing that certain illegal aliens, including Wilmer Rolando Bolvito-Gonzalez, Cristian Ivan Velasquez-Ruiz, and Selvin Ronaldo Tista-Piox, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 6, 2025, in the District of Arizona (Tucson), at approximately 2:15 p.m., Border Patrol Agents (BPAs) were notified to be on the lookout for a silver Ford Fusion. A photo was captured of the vehicle traveling onto the Tohono O'odham reservation. At approximately 2:30 p.m., BPAs were traveling westbound on State Route (SR) 86 towards Three Points, Arizona when they noticed a silver sedan matching the description traveling east on SR 86. BPAs saw the vehicle was riding very heavy on the rear suspension and saw multiple occupants in the vehicle. A records check of the vehicle showed it is registered to **Bernabe GOMEZ-Hernandez** with an address in Phoenix, Arizona. **GOMEZ** was identified as the driver of the vehicle. BPAs conducted a traffic stop near SR 86 and Valencia Road. As BPA's approached the vehicle, they observed five occupants in the vehicle, two occupants in the rear were crouched down on the floorboard attempting to conceal themselves. BPAs asked **GOMEZ** if he knew the occupants in his vehicle to which indicated that he did not. BPAs conducted an immigration inspection and determined **GOMEZ** and passengers, to include Wilmer Rolando Bolvito-Gonzalez, Cristian Ivan Velasquez-Ruiz, and Selvin Ronaldo Tista-Piox, to be citizens of Mexico and Guatemala. Records checks revealed that **GOMEZ**, Wilmer Rolando Bolvito-Gonzalez, Cristian Ivan Velasquez-Ruiz, and Selvin Ronaldo Tista-Piox do not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Contintued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Wilmer Rolando Bolvito-Gonzalez, Cristian Ivan Velasquez-Ruiz, and Selvin Ronaldo Tista-Piox

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|

Sworn by telephone _X_

| SIGNATURE OF MAGISTRATE JUDGE[1]  *Jacqueline M. Rateau* | DATE<br>May 7, 2025 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Chamblee

Continued from front page.                                                          25-07897MJ

Material witness Wilmer Rolando Bolvito-Gonzalez said he is a citizen of Guatemala. He arranged to pay a total of 100,000 Guatemalan Quetzals to be smuggled into the United States. He illegally crossed the International Boundary on May 6, 2025, at approximately 7:30 a.m. in a location where no border fence was present. He crossed with three other individuals to include a foot guide. The group walked until approximately 1:40 p.m. to a pickup location. The foot guide called a driver on the phone to let him know they arrived at the pickup location. They waited for approximately 10 minutes when a gray sedan arrived. He entered the vehicle and sat on the floorboard of the rear seats. He described the driver as a Mexican male, with short black hair wearing a dark shirt.

Material witness Cristian Ivan Velasquez-Ruiz said he is a citizen of Mexico. He arranged to pay $13,000 to be smuggled into the United States which he had already paid $3,000 up front. He illegally crossed the International Border on May 5, 2025, with six other individuals to include a foot guide. He walked through the desert to a location with the intention to be picked up by a silver four door car. Once the car approached their location, he ran to the car and got in the back seat behind the front passenger. He described the driver as a young, short male, with short black hair.

Material witness Selvin Ronaldo Tista-Piox said he is a citizen of Guatemala. He arranged to pay a total of 130,000 Guatemalan Quetzals to be smuggled into the United States. He illegally crossed the International Boundary on May 6, 2025, at approximately 5:30 a.m. with three other individuals in a location where no border fence was present. He arrived at a pickup location at approximately 1:30 p.m. He waited at the location for approximately 45 minutes until a driver arrived in a gray Sedan. He entered the vehicle and sat on the floorboard behind the driver's seat. Tista described the driver as a dark male, with short black hair, wearing a dark blue shirt and black pants.

After waiving his *Miranda* rights, **GOMEZ** said approximately a month ago, he was on TikTok and saw an individual soliciting for a driver. He contacted the individual with the intention of doing work for him. The individual gave him an address of where to pick up some individuals. He was told he would be paid $800 per person he transported to Phoenix, Arizona. He drove from Phoenix to the address provided and pulled over on the side of the highway where he observed the subjects make hand signals before four of them entered his vehicle. He admitted to knowing the subjects he was picking up were illegally present in the United States and to knowing it is illegal to transport Illegal Aliens.